ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James William Yost                                           Docket No. 5:17-CR-44-1BR

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, James William Yost, who was placed under pretrial release supervision by the Honorable W. Earl Britt, sitting in the Court at Raleigh, on the 27th day of February, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was released on pretrial supervision on February 27, 2017, with a condition that included location monitoring. When the conditions were received by our office, we noticed that the specific program (curfew, home detention, or home incarceration) was not ordered. This officer spoke with the attorneys for the government and defense as well as our Court Services Officer who were present and all reported that it was the intent of the court to allow the defendant to work. It was their understanding that when the defendant was not at work, he should be at home. With this understanding, we are recommending that the conditions of supervision be amended to include home detention with electronic monitoring.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervision be amended to include the following:

- Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the probation officer or supervising officer.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2537
Executed On: February 28, 2017

### ORDER OF THE COURT

Considered and ordered the 28 day of February, 2017, and ordered filed and made part of the records in the above case.

W. Earl Britt
Senior U.S. District Judge