UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-44-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES WILLIAM YOST | ) | |

This matter is before the Court on the Joint Motion to Include Restitution in Judgment, filed August 30, 2017.

For good cause shown, the Court hereby grants the joint motion to include the amount of $2,500.00 per victim in restitution in the judgment payable on behalf of the victims "Vicky", "Violet" from the "At School" series, and "Sarah" from the "Marineland" series, to attorney Carol L. Hepburn, 200 First Ave. West, Suite 550, Seattle, WA, 98119; and victim "Pia" of the "Sweet Sugar" series, to attorney Debbie Bianco, 14535 Bellevue-Redmond Rd, Suite 201, Bellevue, WA, 98007.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE