# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>James William Yost<br>Date of Original Judgment: 08/03/2017<br>Date of Previous Amended Judgment: 08/30/2017<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 5:17-CR-44-1D<br>USM No: 63280-056<br><br>G. Alan DuBois, Federal Public Defender<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is not eligible for relief under Amendment 821. See [D.E. 62]. Thus, the court DENIES defendant's motion to reduce his sentence [D.E. 58].

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/18/25

Judge's signature

Effective Date: _____
*(if different from order date)*

James C. Dever III, United States District Judge
*Printed name and title*