IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-44-D

UNITED STATES OF AMERICA, )
)
v. )
) **ORDER**
JAMES WILLIAM YOST, )
)
Defendant. )

The United States SHALL respond to defendant's pro se motion for compassionate release

[D.E. 66] not later than May 29, 2026.

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge