# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### NO. 5:17CR00044-D

UNITED STATES OF AMERICA )
          Plaintiff, )
v. )     **ORDER TO SEAL EXHIBIT**
           )
JAMES WILLIAM YOST, )
          Defendant. )

This matter comes before the Court on the Government's Motion to Seal Exhibit B – Medical Records [D.E. 72] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 71] and the Victim Impact Statement [D.E. 74] attached to the Notice of Victim Statement [D.E. 73]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit B – Medical Records [D.E. 72] and the Victim Impact Statement [D.E. 74]. The Victim Impact statement shall remain under seal and *ex parte*.

SO ORDERED this __30__ day of June, 2026.

                                JAMES C. DEVER III
                                United States District Judge