IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-44-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES WILLIAM YOST, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Defendant again seeks compassionate release. Cf. [D.E. 39, 52] (orders denying defendant's motions for compassionate release). The United States opposes defendant's motion [D.E. 71, 72] as do his victims [D.E. 73, 74].

Defendant's latest motion is meritless because he has failed to show extraordinary and compelling reasons. See, e.g., Rutherford v. United States, 146 S. Ct. 1320 (2026); Fernandez v. United States, 146 S. Ct. 1292 (2026); [D.E. 71]. Moreover, the relevant section 3553(a) factors counsel against reducing defendant's sentence given his serious and appalling criminal behavior, the need to promote respect for the law, provide just punishment, afford adequate deterrence, and protect the public from defendant. See, e.g., [D.E. 39, 52].

In sum, the court DENIES defendant's motion for compassionate release [D.E. 66].

SO ORDERED. This ⎣1⎦ day of July, 2026.

JAMES C. DEVER III
United States District Judge